United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUDITH LIEGMANN, et al., | NO. C 05-03828 JW |
| Plaintiffs, | |
| v. | **ORDER SETTING HEARING ON PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER** |
| CALIFORNIA TEACHERS ASSOCIATION, et al., | |
| Defendants. / | |

This Court will hold a hearing on Plaintiffs' request for a temporary restraining order on Wednesday, October 5, 2005 at 9:00 a.m., in the Courtroom of Judge James Ware, Courtroom 8, Fourth Floor, 280 South First Street, San Jose, California.  Plaintiffs will serve Defendants with a copy of this Order on or before Friday, September 30, 2005.  Although not required, any written response by Defendants must be filed with the Court by 3:00 p.m. Monday, October 3, 2005.

Dated: September 29, 2005                          /s/ James Ware
05eciv3828schedtro                                      JAMES WARE
                                                                    United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Milton L. Chappell mlc@nrtw.org

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN MAILED TO:**

Steven Burlingham
Gary Till & Burlingham
5330 Madison Avenue
Suite F
Sacramento, CA 95841

**Dated: September 29, 2005**                           **Richard W. Wieking, Clerk**

                                                                              **By:  /s/ JW Chambers**
                                                                                   **Ronald L. Davis**
                                                                                   **Courtroom Deputy**

**United States District Court**
For the Northern District of California