IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Judith Liegmann, et al., | NO. C 05-03828 JW |
| Plaintiffs, | |
| v. | **ORDER DENYING MOTION TO DISMISS WITHOUT PREJUDICE** |
| California Teachers Association, et al., | |
| Defendants. | |

Defendant California Faculty Association filed a motion to dismiss Plaintiffs' First Amended Complaint.  The Court denies Defendant's motion without prejudice, and orders the parties to appear at the case management conference currently scheduled for January 23, 2006 at 10:00 a.m.

Dated: January 3, 2006

05eciv3828ctdmtd

/s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Diane Lee Ross dross@cta.org
Glenn Rothner grothner@rsglabor.com
Jeffrey B. Demain jdemain@altshulerberzon.com
Jonathan Weissglass jweissglass@altshulerberzon.com
Milton L. Chappell mlc@nrtw.org
Priscilla Sue Winslow pwinslow@cta.org
Stephen P. Berzon sberzon@altshulerberzon.com

Steven Burlingham
Gary Till & Burlingham
5330 Madison Avenue
Suite F
Sacramento, CA 95841

**Dated: January 3, 2006**                                         **Richard W. Wieking, Clerk**


**By:__/s/ JW Chambers_____
    Ronald L. Davis
    Courtroom Deputy**