**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Liegmann, et al., | NO. C 05-03828 JW |
| Plaintiffs, | |
| v. | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE SETTING HEARING ON CROSS MOTIONS FOR SUMMARY JUDGMENT** |
| California Teachers Association, et al., | |
| Defendants. | |

On January 23, 2006, the Court conducted a case management conference in the above-entitled matter. Based on the parties' papers and the parties' statements at the case management conference, the Court orders the parties to file motions for summary judgment on or before May 22, 2006. A hearing is scheduled on the cross-motions for summary judgment on June 26, 2005 at 9:00 a.m.

Dated: January 26, 2006

05eciv3828schedsj

/s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Diane Lee Ross dross@cta.org
Glenn Rothner grothner@rsglabor.com
Jeffrey B. Demain jdemain@altshulerberzon.com
Jonathan Weissglass jweissglass@altshulerberzon.com
Milton L. Chappell mlc@nrtw.org
Peder J. Thoreen pthoreen@altshulerberzon.com
Priscilla Sue Winslow pwinslow@cta.org
Stephen P. Berzon sberzon@altshulerberzon.com

Steven Burlingham
Gary Till & Burlingham
5330 Madison Avenue
Suite F
Sacramento, CA 95841

**Dated: January 26, 2006**                    **Richard W. Wieking, Clerk**

                                               **By:_/s/ JW Chambers_____**
                                                   **Melissa Peralta**
                                                   **Courtroom Deputy**

**United States District Court**
For the Northern District of California