**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Liegmann, et al., | NO. C 05-03828 JW |
| Plaintiffs, | |
| v. | **CORRECTED ORDER FOLLOWING CASE MANAGEMENT CONFERENCE SETTING HEARING ON CROSS MOTIONS FOR SUMMARY JUDGMENT** |
| California Teachers Association, et al., | |
| Defendants. | |

On January 23, 2006, the Court conducted a case management conference in the above-entitled matter. Based on the parties' papers and the parties' statements at the case management conference, the Court orders the parties to file motions for summary judgment on or before May 22, 2006. A hearing is scheduled on the cross-motions for summary judgment on June 26, 2006 at 9:00 a.m.

Dated: January 26, 2006   /s/ James Ware
05eciv3828schedsj                JAMES WARE
                                 United States District Judge

United States District Court
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Diane Lee Ross dross@cta.org
   Glenn Rothner grothner@rsglabor.com
3  Jeffrey B. Demain jdemain@altshulerberzon.com
   Jonathan Weissglass jweissglass@altshulerberzon.com
4  Milton L. Chappell mlc@nrtw.org
   Peder J. Thoreen pthoreen@altshulerberzon.com
5  Priscilla Sue Winslow pwinslow@cta.org
   Stephen P. Berzon sberzon@altshulerberzon.com

Steven Burlingham
Gary Till & Burlingham
5330 Madison Avenue
Suite F
Sacramento, CA 95841

**Dated: January 26, 2006**                    **Richard W. Wieking, Clerk**

                                               **By:_/s/ JW Chambers_____**
                                                   **Melissa Peralta**
                                                   **Courtroom Deputy**
